IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                              No. 4:11-cv-490-DPM

Real Property Located at
10809 KANIS ROAD, LITTLE
ROCK, ARKANSAS, 72201                                              DEFENDANT

ORDER

The United States filed a verified complaint *in rem* for forfeiture of the defendant property. *Document No. 1*. Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States served the complaint on the property, the record owner of the property, and on Kevin Lewis, a known potential claimant. To date, no claim or answer has been filed on behalf of the property; the time to do so has expired; and the United States now moves for a clerk's default. *Document No. 9*. Although the motion requests a "default judgment," it is styled as a "Motion for Clerk's Default," which is required under Rule 55 before the Court may enter a default judgment. The Court therefore construes

the motion to be a request for a Clerk's default, and refers the request to the Clerk. After the Clerk acts, the Court will decide whether to enter a default judgment based on the existing record.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2011