# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**


**v.**                         **No. 4:11-cv-490-DPM**


**Real Property Located at**
**10809 KANIS ROAD, LITTLE**
**ROCK, ARKANSAS, 72211**                                    **DEFENDANT**

## DEFAULT JUDGMENT

The Clerk entered a default as to the defendant real property in this matter, *Document No. 12*, and the government now moves for entry of default judgment. As guided by 18 U.S.C. § 985 and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified complaint *in rem* for forfeiture, served the complaint on all required parties, and published notice of the action. No claim or answer was filed on behalf of the property. The Court therefore grants the motion, *Document No. 13*, and grants the United States a default judgment. FED. R. CIV. P. 55(b)(2). The Court looks forward to the forfeiture papers.

So Ordered.

D.P. Marshall Jr.
United States District Judge

3 Nov. 2011