IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                           No. 4:11-cv-490-DPM

Real Property Located at
10809 KANIS ROAD, LITTLE
ROCK, ARKANSAS, 72211                                            DEFENDANT

## DECREE OF FORFEITURE

The Court previously granted default judgment against the defendant real property in this matter. *Document No. 15.* As guided by 18 U.S.C. § 985 and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified complaint *in rem* for forfeiture, served the complaint on all required parties, and published notice of the action. After no claim or answer was filed on behalf of the property, the Clerk entered a default and the Court granted a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The government now moves for a decree of civil forfeiture.

The Court therefore declares that the following described property is forfeited and title is now vested in the United States:

> Lot 1 Bridewell Addition to the City of Little Rock, Arkansas and being shown on Plat recorded in Plat Book G, Page 248, Records of Pulaski County, Arkansas.

This property is more commonly known as 10809 Kanis Road, Little Rock, Arkansas, 72211. All prior claims and interests in and against the property, including, but not limited to, any claims by Kevin Harold Lewis and Kevin Harold Lewis/Kanis Plaza LLC, are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 November 2011